DANIEL BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar # 179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700      **OK/HAV**

Attorney for Defendant
RUBEN FERNANDEZ-RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | No. CR-S-06-488 DFL |
|                                 ) | |
|     Plaintiff,          ) | |
|                                 ) | STIPULATION AND ORDER CONTINUING |
|   v.                             ) | STATUS CONFERENCE AND EXCLUDING |
|                                 ) | TIME |
| RUBEN FERNANDEZ-RAMOS,          ) | |
|                                 ) | |
|     Defendant.          ) | DATE: March 1, 2007 |
|                                 ) | TIME: 10:00 a.m. |
| _____  ) | JUDGE: David F. Levi |

     IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, that the current Status Conference hearing date of February 15, 2007 be vacated, and a new Status Conference hearing date of March 1, 2007 at 10:00 a.m. be set.

     This continuance is requested as negotiations are continuing between the parties toward resolution of the case.  Defense counsel is awaiting a new plea offer from the government and will need time to conduct further discussions with Mr. Fernandez-Ramos and review the

1  offer once it has been received from government's counsel.

2       It is further stipulated and agreed between the parties that the
3  period beginning February 15, 2007 through and including March 1, 2007
4  should be excluded in computing the time within which the trial of the
5  above criminal prosecution must commence for purposes of the Speedy
6  Trial Act for defense preparation.  All parties stipulate and agree
7  that this is an appropriate exclusion of time within the meaning of
8  Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4)
9  and that the ends of justice to be served by a continuance outweigh the
10 best interests of the public and the defendant in a speedy trial.
11 Dated: February 14, 2007

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Linda Harter
                                    LINDA HARTER
                                    Chief Assistant Federal Defender
                                    Attorney for Defendant
                                    RUBEN FERNANDEZ-RAMOS


19 Dated: February 14, 2007
                                    MCGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ Michael Beckwith
                                    MICHAEL BECKIWTH
                                    Assistant U.S. Attorney

Stipulation and Order                2

1
2 **ORDER**
3     Based on the parties' stipulation and good cause appearing
4 therefrom, the Court hereby adopts the stipulation of the parties in
5 its entirety as its order.  The Court specifically finds that the ends
6 of justice served by the granting of such continuance outweigh the
7 interests of the public and the defendant in a speedy trial.
8 IT IS SO ORDERED.
9 DATED: 02/14/2007                   /s/ David F. Levi
                                      DAVID F. LEVI
10                                    United States District Court

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28