DANIEL BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar # 179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RUBEN FERNANDEZ-RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-06-488 DFL |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| v. | ) STATUS CONFERENCE AND EXCLUDING |
| | ) TIME |
| RUBEN FERNANDEZ-RAMOS, | ) |
| Defendant. | ) DATE: April 19, 2007 |
| | ) TIME: 10:00 a.m. |
| _____ | ) JUDGE: David F. Levi |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, that the current Status Conference hearing date of March 27, 2007 be vacated, and a new Status Conference hearing date of April 19, 2007 at 10:00 a.m. be set.
     This continuance is requested as negotiations are continuing between the parties toward resolution of the case, and discussions with Mr. Fernandez-Ramos are ongoing.
      It is further stipulated and agreed between the parties that the

period beginning March 22, 2007 through and including April 19, 2007 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4) and that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: March 22, 2007                  Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender


                                       /s/ Linda Harter
                                       LINDA HARTER
                                       Chief Assistant Federal Defender
                                       Attorney for Defendant
                                       RUBEN FERNANDEZ-RAMOS

Dated: March 22, 2007
                                       MCGREGOR W. SCOTT
                                       United States Attorney


                                       /s/ Kyle Reardon
                                       KYLE REARDON
                                       Assistant U.S. Attorney

**ORDER**

   Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED:   March 22, 2007                /s/ David F. Levi
                                       DAVID F. LEVI
                                       United States District Court

Stipulation and Order                  2