```
DANIEL BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar # 179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant                              OK/HAV
RUBEN FERNANDEZ-RAMOS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-488 DFL |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | CONTINUING STATUS CONFERENCE AND |
| ) | EXCLUDING TIME |
| RUBEN FERNANDEZ-RAMOS, ) | |
| Defendant. ) | DATE: May 3, 2007 |
| ) | TIME: 10:00 a.m. |
| _____ ) | JUDGE: David F. Levi |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, that the current Status Conference hearing date of April 20, 2007 be vacated, and a new Status Conference hearing date of May 3, 2007 at 10:00 a.m. be set.

    This continuance is requested as negotiations are continuing between the parties toward resolution of the case, and discussions with Mr. Fernandez-Ramos are ongoing.

    It is further stipulated and agreed between the parties that the

period beginning April 19, 2007 through and including May 3, 2007 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4) and that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: April 19, 2007                    Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender


                                         /s/ Linda Harter
                                         LINDA HARTER
                                         Chief Assistant Federal Defender
                                         Attorney for Defendant
                                         RUBEN FERNANDEZ-RAMOS

Dated: April 19, 2007
                                         MCGREGOR W. SCOTT
                                         United States Attorney


                                         /s/ Kyle Reardon
                                         KYLE REARDON
                                         Assistant U.S. Attorney

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: April 26,2007                     /s/ David F. Levi
                                         DAVID F. LEVI
                                         United States District Court

Stipulation and Order                    2