```
DANIEL BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar # 179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814                    OK/HAV
Telephone: (916) 498-5700

Attorney for Defendant
RUBEN FERNANDEZ-RAMOS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>RUBEN FERNANDEZ-RAMOS,<br><br>          Defendant.<br>_____ | No. CR-S-06-488 DFL<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME<br><br>DATE: May 17, 2007<br>TIME: 10:00 a.m.<br>JUDGE: David F. Levi |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, that the current Status Conference hearing date of May 3, 2007 be vacated, and a new Status Conference hearing date of May 17, 2007 at 10:00 a.m. be set.

This continuance is requested because defense counsel is out of the office on medical leave due to the recent surgery of her child. Additionally, negotiations are continuing between the parties toward resolution, and discussions with Mr. Fernandez-Ramos are ongoing.

It is further stipulated and agreed between the parties that the

period beginning May 3, 2007 through and including May 17, 2007 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4) and that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: May 2, 2007                       Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender


                                         /s/ Linda Harter
                                         LINDA HARTER
                                         Chief Assistant Federal Defender
                                         Attorney for Defendant
                                         RUBEN FERNANDEZ-RAMOS

Dated: May 2, 2007

                                         MCGREGOR W. SCOTT
                                         United States Attorney


                                         /s/ Kyle Reardon
                                         KYLE REARDON
                                         Assistant U.S. Attorney

**ORDER**

   Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: May 2, 2007                       /s/ David F. Levi
                                         DAVID F. LEVI
                                         United States District Court