IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR S-06-0488-JAM-CMK<br>CIV S-08-0200-JAM-CMK |
| Respondent, | |
| vs. | <u>ORDER</u> |
| RUBEN FERNANDEZ-RAMOS, | |
| Movant. | |
| _____ / | |

Movant, a federal prisoner proceeding pro se, brings this motion to correct or set aside a criminal judgment pursuant to 28 U.S.C. § 2255.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On April 25, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 25, 2008, are adopted in full;

2. Movant's motion to modify his sentence (Doc. 24) is denied as untimely; and

3. This matter is referred back to the magistrate judge for further proceedings.

DATED: June 4, 2008

/s/ John A. Mendez
United States District Judge