1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   UNITED STATES OF AMERICA,          No. CR S-06-0488-JAM-CMK
                                        CIV S-08-0200-JAM-CMK
12              Respondent,

13        vs.                          <u>ORDER</u>

14   RUBEN FERNANDEZ-RAMOS,

15              Movant.

16   _____/

17              Movant, a federal prisoner proceeding pro se, brings this motion to correct or set

18   aside a criminal judgment pursuant to 28 U.S.C. § 2255.  The matter was referred to a United

19   States Magistrate Judge pursuant to Eastern District of California local rules.

20              On June 23, 2011, the magistrate judge filed findings and recommendations

21   herein which were served on the parties and which contained notice that the parties may file

22   objections within a specified time.  No objections to the findings and recommendations have

23   been filed.

24              The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.

26   ///

                                        1

1    Before a movant can appeal a decision from this court, a certificate of

2 appealability must issue under 28 U.S.C. § 2253(c).  See Fed. R. App. P. 22(b); see also 28

3 U.S.C. § 2255.  A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the

4 applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C.

5 § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues

6 satisfy the required showing or must state the reasons why such a certificate should not issue.

7 See Fed. R. App. P. 22(b).  For the reasons set forth in the magistrate judge's findings and

8 recommendations, movant has not made a substantial showing of the denial of a constitutional

9 right

10    Accordingly, IT IS HEREBY ORDERED that:

11    1.    The findings and recommendations filed June 23, 2011, are adopted in

12 full;

13    2.    Respondent's motion to dismiss (Doc. 31 in the criminal docket) is

14 granted;

15    3.    Movant's motion pursuant to 28 U.S.C. § 2255 (Doc. 21 in the criminal

16 docket) is dismissed;

17    4.    The court declines to issue a certificate of appealability; and

18    5.    The Clerk of the Court is directed to close companion civil case no. CIV

19 S-08-0200-JAM.

20 DATED: September 28, 2011

21                    /s/ John A. Mendez
                     UNITED STATES DISTRICT JUDGE
22

23

24

25

26

2